IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: 1:23-CV-00926-STV

VALUED INC., a Colorado Corporation d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE

    Plaintiff

v.

BARRY JACOB SITLER, an individual;
HEATHER MACKEY, an individual;
And JW INNOVATION CO., a Pennsylvania Limited liability company

    Defendants.

---

**DEFENDANTS' BARRY JACOB SITLER A/K/A JAKE SITLER AND JW INNOVATION CO.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF TEN DAYS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

---

Defendants, Barry Jacob Sitler a/k/a Jake Sitler and JW Innovation CO., a Pennsylvania Limited liability company (hereinafter "Defendants") by and through their counsel, Frascona, Joiner, Goodman and Greenstein, P.C., hereby submit this Unopposed Motion for Enlargement of Time of Ten Days to File a Response to Plaintiff's Complaint as follows:

    **I.    CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned Counsel has conferred with counsel for Plaintiff regarding the relief sought herein and he indicated that there is no opposition to this motion.

    1.    Defendants' response to Plaintiff's Complaint in this matter is currently due on May 9, 2023.

2. Undersigned's law firm was recently retained by Defendants.

3. Plaintiff's Complaint raises complex issues of law and fact.

4. Accordingly, Defendants request a 10-day enlargement of time in which to file a response to Plaintiff's Complaint.

5. No prior extensions of time have been requested by Defendants, and the Motion is being made in good faith and not for purposes of delay.

6. No party will be prejudiced by the granting this motion.

WHEREFORE, Defendants respectfully request this Court grant their Unopposed Motion for Enlargement of Time of Ten Days to File a Response to Plaintiff's Complaint and for any other relief this Court deems just and proper under the circumstances.

Dated: May 8, 2023.

        Respectfully submitted,

*/s/ Jeffrey M. Glotzer*
Jeffrey M. Glotzer, #25335
Frascona, Joiner, Goodman & Greenstein
4750 Table Mesa Drive
Boulder, CO 80305
303-494-3000
jeff@frascona.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF TEN DAYS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** document was provided to the persons herein via **CM/ECF**, on May 8, 2023.

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
(303) 937-6540
dan@vedralaw.com
*Attorney for Plaintiff*

                Frascona, Joiner, Goodman & Greenstein

                */s/ Scarlet Ramirez*
                Scarlet Ramirez | Paralegal