# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-926

VALUED INC., a Colorado corporation d/b/a Floyd's of Leadville f/k/a Floyd's of Leadville, Inc.,
Plaintiff,

v.

BARRY JACOB SITLER a/k/a JAKE SITLER, an individual; HEATHER MACKEY, an individual; and JW INNOVATION CO., a Pennsylvania limited liability company,
Defendant.

---

## DEFENDANT HEATHER MACKEY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF ELEVEN (11) DAYS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

---

Defendant Heather Mackey ("Defendant or Mackey"), by and through her counsel, Robinson & Henry, P.C. hereby submit this Unopposed Motion for Enlargement of Time of Eleven (11) Days to File a Response to Plaintiff's Complaint as follows:

### I.    CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned Counsel has conferred with counsel for Plaintiff regarding the relief sought herein and he indicated that there is no opposition to this motion.

1. Defendant's response to Plaintiff's Complaint in this matter is currently due on May 11, 2023.

2. Undersigned's law firm was recently retained by Defendant.

3. Plaintiff's Complaint raises complex issues of law and fact.

4. Accordingly, Defendant requests an eleven (11) day enlargement of time in which to file a

response to Plaintiff's Complaint.

5.      No prior extensions of time have been requested by Defendant, and the Motion is being made in good faith and not for purposes of delay.

6.      No party will be prejudiced by the granting this motion.

**WHEREFORE**, Defendant Heather Mackey respectfully requests this Court grant her Unopposed Motion for Enlargement of Time of Eleven Days to File a Response to Plaintiff's Complaint and for any other relief this Court deems just and proper under the circumstances.

Respectfully submitted this 10th day of May, 2023.

**ROBINSON & HENRY, P.C.**

BY: */s/ Krista L. Tushar*
    Krista L. Tushar
    Robinson & Henry, P.C.
    7555 E. Hampden Ave., Suite 600
    Denver, CO 80231
    Telephone: (303) 688-0944
    Email: krista.tushar@robisnonandhenry.com
    *Attorney for Defendant Heather Mackey*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that on this 10th day of May, 2023, a true and correct copy of the foregoing **DEFENDANT HEATHER MACKEY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF ELEVEN (11) DAYS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** was filed with Court and served on the following via the CM/ECF system:

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: dan@vedralaw.com
*Attorneys for Plaintiff*

and

Jeffrey M. Glotzer, #25335
Frascona, Joiner, Goodman & Greenstein
4750 Table Mesa Drive
Boulder, CO 80305
303-494-3000
jeff@frascona.com
*Attorneys for Defendants BARRY JACOB SITLER a/k/a JAKE SITLER, and JW INNOVATION CO.*

**ROBINSON & HENRY, P.C.**

BY:   */s/ Heather Jacobson*
         Heather Jacobson, Paralegal