IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:23-CV-926-GPG-SBP | Date: July 25, 2023 |
| Courtroom Deputy: Camden Pommenville | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| VALUED INC., | Daniel J. Vedra |
| Plaintiff, | |
| v. | |
| BARRY JACOB SITLER, | Jeffrey M. Glotzer |
| HEATHER MACKEY, and | Krista Tushar |
| JW INNOVATION CO, | |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:02 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline to Serve Rule 26(a)(1) Disclosures: June 6, 2023

Joinder of Parties/Amendment to Pleadings: September 7, 2023

Discovery Cut-off: March 15, 2024

Dispositive Motions Deadline: April 24, 2024

Each side shall be limited to 15 depositions, excluding experts. Depositions are limited to one day of 7 hours.

Each party shall be allowed to serve 25 interrogatories, including discrete subparts, 25 requests for production, and 25 requests for admission on each other party.

Interrogatories, Requests for Production, and Requests for Admissions shall be served by January 8, 2024

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: December 6, 2023
Disclosure of Rebuttal Experts: January 10, 2024

A Telephonic Status Conference is set for October 10, 2023, at 9:30 a.m. before Magistrate Judge Susan Prose in Courtroom C205. The parties shall attend by calling 571-353-2301, Guest meeting ID- 868150043. All attendees shall please mute their phone when not speaking and not use speaker phone.

**Final Pretrial Conference**: If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

**Scheduling Order entered.**

**11:35 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:33

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.