IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: **1:23-cv-00926-GPG-SBP**

VALUED INC., a Colorado Corporation d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE, INC.

    Plaintiff

v.

BARRY JACOB SITLER, an individual;
HEATHER MACKEY, an individual;
And JW INNOVATION CO., a Pennsylvania Limited liability company

    Defendants.

---

**DEFENDANTS, BARRY JACOB SITLER A/K/A JAKE SITLER AND JW INNOVATION CO.'S MOTION FOR 5-DAY EXTENSION OF COURT'S DEADLINE TO AMEND PLEADINGS**

---

Defendants, Barry Jacob Sitler a/k/a Jake Sitler and JW Innovation CO., a Pennsylvania Limited liability company (hereinafter "Defendants") by and through their counsel, Frascona, Joiner, Goodman and Greenstein, P.C., hereby submit their Motion for a 5-Day Extension of the Court's Deadline to Amend Pleadings as follows:

**I.    CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned Counsel has conferred with both counsel for Co-Defendant, Heather Mackey ("Mackey") and Plaintiff, Valued Inc. d/b/a Floyd's of Leadville f/k/a Floyd's of Leadville, Inc. ("Plaintiff") regarding the relief sought herein. Counsel for Mackey has no opposition to the relief sought herein wherein Plaintiff's counsel did not offer a position on same due not having been able

to discuss with his client before the filing of this Motion.

1. Pursuant to the Court's July 25, 2023, Scheduling Order, the deadline to amend the pleadings is September 7, 2023.

2. Due to recent commitments in other matters, undersigned counsel has been unable to complete his evaluation as to whether to amend the pleadings on behalf of Defendants.

3. Accordingly, Defendants request a short 5-day extension of the Court's deadline to amend the pleadings through September 12, 2023.

4. No prior extensions of said deadline been requested by Defendants, and the Motion is being made in good faith and not for purposes of delay.

5. No party will be prejudiced by the granting this motion and none of the Court's other deadlines are adversely impacted by same.

WHEREFORE, Defendants respectfully request this Court grant their Motion for 5-Day Extension of Time to Amend the Pleadings, up to an including September 12, 2023, and for any other relief this Court deems just and proper under the circumstances.

Dated: September 7, 2023.

Respectfully submitted,

*/s/ Jeffrey M. Glotzer*
Jeffrey M. Glotzer, #25335
Frascona, Joiner, Goodman & Greenstein
4750 Table Mesa Drive
Boulder, CO 80305
303-494-3000
jeff@frascona.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document was provided to the persons herein next designated by E-service, via E-Filing, on September 7, 2023.

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
(303) 937-6540
dan@vedralaw.com
*Attorney for Plaintiff*

Krista L. Tushar
Robinson & Henry, P.C.
7555 E. Hampden Ave., Suite 600
Denver, CO 80231
(303) 688-0944
krista.tushar@robisnonandhenry.com
*Attorney for Defendant Heather Mackey*

            Frascona, Joiner, Goodman & Greenstein

            */s/ Alyssa Colwell*
            Alyssa Colwell | Paralegal