IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: **1:23-cv-00926-GPG-SBP**

VALUED INC., a Colorado Corporation d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE

      Plaintiff

v.

BARRY JACOB SITLER, an individual;
HEATHER MACKEY, an individual;
And JW INNOVATION CO., a Pennsylvania Limited liability company

      Defendants.

---

**MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

---

Defendants, Barry Jacob Sitler ("Sitler") and JW Innovation Co. ("JW") (collectively, "Defendants") by and through their counsel, Frascona, Joiner, Goodman and Greenstein, P.C., pursuant to this Court's July 25, 2023, Scheduling Order and Fed.R.Civ. 15(a)(2), hereby submits this Motion for Leave to File Amended Answer and Affirmative Defenses ("Motion") as follows:

**I. CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel conferred with Plaintiff's counsel regarding the relief sought herein and Plaintiff's counsel indicated that Plaintiff opposed any amendment to the pleadings at this stage.

1. On April 13, 2023, Plaintiff filed a Complaint that initiated the instant action.

2. On May 18, 2023, Defendants filed their Answer and Affirmative Defenses to Plaintiff's Complaint.

3. On July 25, 2023, this Court entered a Scheduling Order, which among other things, Ordered that the parties had until September 7, 2023, in which to join parties and amend the pleadings.

4. On September 7, 2023, Defendants filed a Motion for 5-Day Extension of Court's Deadline to Amend Pleadings, which was granted by the Court on September 11, 2023.

5. Defendants now seek to file an Amended Answer and Affirmative Defenses, a copy of which is attached hereto as Exhibit "A."

6. In Defendants proposed Answer and Affirmative Defenses, they seek to add three affirmative defense, numbers 12 through 14. (See Exhibit "A").

7. The proposed Affirmative Defenses are being raised after further consultation with Defendants and consistent with the Court's Scheduling Order. These Affirmative Defenses relate to Affirmative Defenses of Statute of Limitations, Plaintiff's claims being precluded due to its' own improper conduct, and offsets against monies owed to Sitler. (See Exhibit "A").

8. The proposed Amended Answer and Affirmative Defenses are being sought are not futile, are in good faith, and not for purposes of delay.

9. Additionally, there is no prejudice to the Plaintiff as the proposed Amended Answer and Affirmative Defenses are being sought within the time frame permitted by the Court, discovery is in its' early stages and this case has not been scheduled for trial. In fact, depositions have not been scheduled yet.

10. Defendants request that the proposed Amended Answer and Affirmative Defenses be granted consistent with Fed.R.Civ. 15(a)(2), which provides that "the Court should freely give leave when justice so requires."

WHEREFORE, Defendants respectfully request this Court grant this Motion, deeming the attached Answer and Affirmative Defenses as filed, and for any other relief as this Court deems just and proper.

Dated: September 12, 2023.

Respectfully submitted,

*/s/ Jeffrey M. Glotzer*
Jeffrey M. Glotzer, #25335
Frascona, Joiner, Goodman & Greenstein
4750 Table Mesa Drive
Boulder, CO 80305
303-494-3000
jeff@frascona.com
*Attorney for Defendant Sitler*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was provided to the persons herein next designated by E-service, via E-Filing, on September 12, 2023.

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
(303) 937-6540
dan@vedralaw.com
*Attorney for Plaintiff*

Krista L. Tushar
Robinson & Henry, P.C.
7555 E. Hampden Ave., Suite 600
Denver, CO 80231
(303) 688-0944
krista.tushar@robisnonandhenry.com
Attorney for Defendant Heather Mackey

Frascona, Joiner, Goodman & Greenstein

*/s/ Alyssa Colwell*
Alyssa Colwell | Paralegal