# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-CV-926-GPG-SBP

VALUED INC., a Colorado corporation d/b/a Floyd's of Leadville f/k/a Floyd's of Leadville, Inc.

Plaintiff,
v.

BARRY JACOB SITLER a/k/a JAKE SITLER, an individual; HEATHER MACKEY, an individual; and, a Pennsylvania limited liability company; and JW INNOVATION CO., a Pennsylvania limited liability company,

Defendants.

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Valued, Inc., a Colorado corporation d/b/a Floyd's of Leadville f/k/a Floyd's of Leadville, Inc. ("FOL") respectfully requests that the Court enter the attached Stipulated Protective Order as an order of the Court.  As grounds therefor, FOL states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel certifies that he has conferred with all parties to this case.  Defendant Mackey has sought protection under Chapter 13 of the Bankruptcy Code, and this action is stayed as against her.  11 U.S.C. § 362(a).  Prior to her bankruptcy petition being filed, her counsel consented to the entry of the attached order.  Counsel for Defendants Sitler and JW Innovation Co. (the "Sitler Defendants") do not oppose entry of the attached order.

1. This action involves, among other things, claims that the Sitler Defendants set up a competing business while Defendant Sitler was employed by FOL  Due to the nature of the claims and the information to be disclosed, including sensitive financial information, and the fact that FOL operates in a highly competitive market, the parties believe in good faith that confidential information may be disclosed during this case that, if disseminated or disclosed too broadly, could injure or damage the parties and non-parties.

2. The parties have agreed on the terms of the proposed Stipulated Protective Order submitted herewith and have tailored the proposed Stipulated Protective Order to protect the confidential information that may be disclosed in this case without unduly limiting access to the documents filed in this case.

WHEREFORE, FOL respectfully requests that the Court enter the attached Stipulated Protective Order as an order of the Court.

Dated: October 13, 2023

Respectfully submitted,

/s/ Daniel J. Vedra
Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: dan@vedralaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the date first written above the foregoing was served CM/ECF on all parties of record and by U.S. Mail, First Class, to:

Heather Mackey
6141 HWY 95
Rock Spring, GA 30739

                                             /s/ Daniel J. Vedra
                                             Daniel J. Vedra