# IN THE UNITED STATES DISTRICT COURT FOR THE

# I. DISTRICT OF COLORADO

Civil Action No.: **1:23-cv-00926-GPG-SKC**

VALUED INC., a Colorado Corporation d/b/a FLOYD'S OF LEADVILLE f/k/a FLOYD'S OF LEADVILLE

    Plaintiff

v.

BARRY JACOB SITLER, an individual;
HEATHER MACKEY, an individual;
And JW INNOVATION CO., a Pennsylvania Limited liability company

    Defendants.

---

## AFFIDAVIT OF HEATHER GOPPERTON

---

I, Heather Gopperton, being of lawful age and duly sworn, hereby swear and affirm as follows.

1. My name is Heather Gopperton, I am over the age of 18 years old, am of sound mine and I have personal knowledge of the matters contained in this affidavit.

2. I reside of 6141 Highway 95, Rock Spring, Georgia 30739.

3. I was formerly known as Heather Mackey.

4. I served as the bookkeeper for the Plaintiff from March 2019, until I resigned on November 30, 2020.

5. During the time that I was employed by Plaintiff, I became familiar with Defendant, Jake Sitler ("Sitler"), who also worked for Plaintiff.

6. During my tenure at Plaintiff and anytime thereafter, I did not use any of the Plaintiff's alleged confidential or proprietary data/information, and intellectual property that I may have been privy to in connection with my role as bookkeeper other than for Plaintiff's business. This included but was not limited to data/information related to finances, vendors, customers and products or ingredients thereof.

7. At no time during my time during my tenure at Plaintiff or at any time thereafter, did I take, misappropriate any alleged confidential or proprietary data/information and intellectual property belonging to Plaintiff including but not limited to information related to finances, vendors and customers or ingredients of their products.

8. At no time during my tenure and anytime thereafter, did I disclose to Sitler any alleged confidential or proprietary data/information and intellectual property belonging to Plaintiff including but not limited to information related to finances, vendors and customers or ingredients of their products.

9. At no time during my time during my tenure at Plaintiff or at any time thereafter, did I take any of Plaintiff's products, their ingredients or have any knowledge about any of Plaintiff's competitors who may have been actively subverting sales of Plaintiff's products to Plaintiff's customers.

10. I had no role whatsoever in the formation of JW Innovation Co. ("JW"), nor the creation for any website for JW. In fact, I did not become aware of the existence of JW until several months after I resigned from Plaintiff.

11. I became aware of JW's existence from Sitler, who advised me that he had left Plaintiff, and asked me if I would perform bookkeeping services for JW, to which I agreed to. I performed bookkeeping services for JW for only a few months before it ceased operations. I had no knowledge of JW before Sitler approached me in the late winter/early spring of 2021 about performing said services.

12. At no time during my time during my tenure at Plaintiff or at any time thereafter, did I have any role in convincing Plaintiff's customers that JW was affiliated with Plaintiff or that the customers were buying through Plaintiff and the relationship was intentional.

_____
Heather Gopperton

STATE OF ~~GEORGIA~~ Tennessee (HOC)   )
                                       ) ss.
COUNTY OF ~~WALKER~~ Hamilton (HOC)    )

Subscribed and sworn to me this 22 day of April 2024 by Heather Gopperton.

_____
Notary Public   exp. 8/25/2025

[Seal: AMBER D. CLARK, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF HAMILTON]

3