IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Mary George

Date:  February 19, 2026

---

Case No.:  23-cv-00926-SKC-SBP

| Parties | Counsel |
|---|---|
| VALUED INC., d/b/a Floyd's of Leadville, f/k/a Floyd's of Leadville, Inc., | Daniel Vedra |
|    Plaintiff, | |
| v. | |
| BARRY JACOB SITLER, a/k/a Jake Sitler, and HEATHER MACKEY, n/k/a Heather Gopperton, | Jeffrey Glotzer |
|    Defendants. | |

---

### COURTROOM MINUTES

---

**FINAL PRETRIAL CONFERENCE**
**Court in session:**       **10:05 a.m.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

The Final Pretrial Order is approved and signed by the Court.

Discussion held regarding jury selection, *voir dire*, exhibits, electronic presentation of exhibits, opening statements (25 minutes each side), closing arguments (35 minutes each side), jury instructions, trial schedule.

**ORDERED:**  A four-day jury trial is set for **September 14, 2026, at 8:00 a.m. each morning.**

**ORDERED:**  Trial Readiness Conference is set for **September 9, 2026, at 10:30 a.m.**

**ORDERED:**  Jury Instructions shall be filed by **August 3, 2026.**

**ORDERED:**  Motions *In Limine* shall be filed by **August 3, 2026.**  Each side is allowed three (3) Motions *In Limine* without leave of Court.

Counsel are instructed to read the Court's Civil Standing Order for further guidance regarding trial information and jury instructions.

**Court in recess:**      **10:17 a.m.**
Total time in court:    00:12
Hearing concluded.